## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHELLE COLLIER, )<br>)<br>Defendant. ) | 8:08CR129<br><br>ORDER |

This matter is before the court on the motion [21] of David L. Nich, Jr. for leave to withdraw as counsel for the defendant. Substitute counsel, Jackie L. Barfield, has entered an entry of appearance [16].

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney of Record [21] is granted, and the appearance of David L. Nich, Jr. is hereby deemed withdrawn.

2. The provisions and deadlines in the order [20] remain in effect.

**DATED May 28, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**