IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR129 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| MICHELLE COLLIER, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the Defendant's motion to continue her deadline in ¶ 6 of the Order on Sentencing Schedule (Filing No. 37).

IT IS ORDERED:

1. The Defendant's motion to continue (Filing No. 37) is granted; and

2. The Defendant must comply with ¶ 6 of the Order on Sentencing Schedule on or before September 15, 2008.

DATED this 18th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge