IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR129** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MICHELLE COLLIER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to continue the deadline in ¶ 6 of the Order on Sentencing Schedule (Filing No. 39).

IT IS ORDERED:

1. The government's motion to continue (Filing No. 39) is granted; and

2. The government must comply with ¶ 6 of the Order on Sentencing Schedule on or before September 15, 2008.

DATED this 22nd day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge